ACCEPTED
06-15-00166-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/5/2015 3:03:46 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00166-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | 11/5/2015 3:03:46 PM |
| **VS.** | § | **SIXTH COURT** | DEBBIE AUTREY<br>Clerk |
| | § | | |
| **GREGORY CARL LOHN** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Gregory Carl Lohn, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 452nd Judicial District Court of McCulloch County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. Gregory Carl Lohn</u>, and numbered 5996.

3.      Appellant was convicted of Aggravated Sexual Assault.

4.      Appellant was assessed a sentence of 75 years on June 15, 2015.

5.      Notice of appeal was given on September 9, 2015.

6.      The clerk's record was filed on September 23, 2015; the reporter's record was filed on October 9, 2015.

7. The appellate brief is presently due on November 9, 2015.

8. Appellant requests an extension of time of 30 days from November 9, 2015, i.e. December 9, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

1. Appellant's counsel was not trial counsel in the case.

2. Appellant's counsel received the Reporter's Record on October 12 while in preparation for a jury trial.

3. Appellant's counsel was in jury trial the week of October 19, 2015 in the 35th District Court of Brown County, Texas in the case of State v. Charles Ross Turner, accused of Possession of a controlled substance in a drug free zone, Habitual Offender.

4. Following the trial counsel was in preparation for nonjury trials in State v. Jonathan Rodriguez in the 35th District Court of Brown County, Texas the morning of October 27, 2015 and State v. Roy Maldonado in the County Court at Law of Brown County, Texas the afternoon of October 27, 2015. Both cases were resolved at the time of trial.

5. Counsel had a contested hearing on a Motion to Adjudicate in the 35th District Court of Mills County, Texas on October 28, 2015.

6. Counsel had docket call on three cases in the 35th District Court of Brown County, Texas on October 29, 2015: State v. Joshua Stoval, State v. Mary Harrell, and State v. Christine Hale. None of the three were reached for trial November 2, 2015.

7. In addition to an active practice, counsel is scheduled to attend a TMCEC for mandatory continuing judicial education November 8-10 in Austin.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

G LEE HANEY
305 N. Center
Brownwood, TX 76801
Tel: 325 641 5720
Fax:325 641 9009

By:_____
G.Lee Haney
State Bar No. 08906000
g.leehaney@lawyer.com
Attorney for Gregory Carl Lohn

## CERTIFICATE OF SERVICE

This is to certify that on November 5, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, McCulloch County, by fax.

_____
G.Lee Haney

**STATE OF TEXAS** § 

§ 

**COUNTY OF MCCULLOCH** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared G.Lee Haney, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____

G.Lee Haney

Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _____11-4-_____, 2015, to certify which witness my hand and seal of office.

_____

Notary Public, State of Texas

DONNIE LAPPE
MY COMMISSION EXPIRES
February 11, 2017

## NO. 06-15-00166-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **SIXTH COURT** |
| | § | |
| **GREGORY CARL LOHN** | § | **OF APPEALS** |

**Certificate of Conference**

**On** November 5, 2015 Appellant's left a voice mail at the office of the 452d District Attorney detailing the impending filing of the Motion to Extend Time and at the time of filing has not received a response.

Respectfully submitted,

G LEE HANEY
305 N. Center
Brownwood, TX 76801
Tel: 325 641 5720
Fax:325 641 9009

By:

G.Lee Haney
State Bar No. 08906000
Attorney for Appellant